

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: GUARDIANSHIP OF JOHN V. WALTER, AN ALLEGED INCAPACITATED PERSON, | § | No. 08-20-00206-CV |
| | § | Appeal from the |
| Appellant. | § | Probate Court |
| | § | of Dallas County, Texas |
| | § | (PR-20-01181-1) |

**O R D E R**

Pending before the Court is Appellee J. Blake Walter's motion to dismiss appeal for lack of jurisdiction and to abate proceedings and stay briefing schedule. The motion ONLY AS TO abate proceedings and stay briefing schedule is GRANTED. Therefore, the appeal is abated and the briefing deadlines are suspended pending the ruling of the motion to dismiss for lack of jurisdiction.

IT IS SO ORDERED this 1st day of March, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.